IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR93 |
| v. | |
| MARK DAVIS, | JUDGMENT |
| Defendant. | |

In accordance with the Memorandum and Order entered today (Filing No. 60), judgment is entered in favor of the United States of America and against Mark Davis.

Dated this 4th day of January 2023.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
Chief United States District Judge